Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                Case No.:  17−33270−JNP
                Chapter:  7
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amanda K. Hewitt−Shiley
   1765 Mays Landing Rd.
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−7285

Employer's Tax I.D. No.:

---

**FINAL DECREE**

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Brian Thomas is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 28, 2018</u>　　　　　　　<u>Jerrold N. Poslusny Jr.</u>
                                          Judge, United States Bankruptcy Court